## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |

3:09-md-02100-DRH

MDL No. 2100

**This Document Relates to:**

| | |
|---|---|
| *Ashley Behnke v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:12-cv-11070-DRH |
| *Nicole Carbonaro v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10788-DRH |
| *Teffeny Collier-Wright v. Bayer Corp., et al.* | No. 3:12-cv-20105-DRH |
| *Danielle Davis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-11137-DRH |
| *Amanda Fuller v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-11161-DRH |
| *Heather Glass v. Bayer Corp., et al.* | No. 3:12-cv-10991-DRH |
| *Erin E. Knowles v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10039-DRH |
| *Jelisa Laurent v. Bayer Corp., et al.* | No. 3:12-cv-10465-DRH |
| *Thaira Lopez v. Bayer Corp., et al.* | No. 3:10-cv-12840-DRH |
| *Melodie Mixon v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10581-DRH |
| *Alexandrea Noack v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-11160-DRH |
| *Kelli Plummer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-11283-DRH |

*Gabrielle Qualman v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 3:12-cv-10040-DRH

*Elizabeth Stoneburg v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 3:12-cv-10119-DRH

*Jennifer Sykes v. Bayer Corp., et al.*     No. 3:12-cv-10715-DRH

*Natasha Thompson v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 3:12-cv-10789-DRH

*Candace and Michael Trahan v. Bayer Corp., et al.*     No. 3:12-cv-10847-DRH

*Mallory McGlothin v. Bayer Corp., et al.*     No. 3:10-cv-13567-DRH

*Annaliza Mendoza v. Bayer Corp., et al.*     No. 3:10-cv-13230-DRH

## <u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.**   These matters are before the Court on defendant's Motion to Dismiss with Prejudice.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the defendant's Motion to Dismiss entered on July 18, 2013, the above captioned cases are **DISMISSED with prejudice**. Each party shall bear their own costs.

**NANCY J. ROSENSTENGEL,
CLERK OF COURT**

**Dated:  July 22, 2013**

Digitally signed by David R. Herndon
Date: 2013.07.22
15:06:03 -05'00'

BY:___/s/*Sara Jennings*
**Deputy Clerk**

**APPROVED:**
        **CHIEF JUDGE
        U. S. DISTRICT COURT**

2